FILED by _____ D.C.
JUL 7 - 2000

| Field | Value |
|---|---|
| DEFT: | Rudolf McKenzie (J)# |
| CASE NO | 00-4171-BSS |
| AUSA: | Jeff Kay  present |
| ATTY: | Bob Berube |
| AGENT: | Customs |
| PROCEEDING: | Initial Appearance |
| BOND REC: | PTD |
| BOND HEARING HELD - yes/no | |
| COUNSEL APPOINTED: | APD |
| BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | √ - advised of charges  √ - sworn for Counsel |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ____ Halfway House
    ____ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: 7-12-00   9:30am   BSS
PRELIM/ARRAIGN. OR REMOVAL X   7-17-00   11:00am   Snow
STATUS CONFERENCE: _____
DATE: 7-7-00   TIME: 2:30 ~~3:00~~pm   TAPE # 00-055   PG # 568-877
3:00pm