FILED D.C.
JUL 1 0 2000

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55396-004

UNITED STATES OF AMERICA )
                Plaintiff )  Case Number: CR 00-4172-BSS
                          )  REPORT COMMENCING CRIMINAL
         -vs-             )         ACTION
                          )
RUDOLPH I. MCKENZIE        )
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI — FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-7-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID/COCAINE IN STOMACH

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2-1-74

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-7-00    (9) Arresting Officer: _____

(10) Agency: U.S.C.    (11) Phone: _____

(12) Comments: _____