DEFT: _Rudolph McKenzie (J)#_    CASE NO: _00-4172-BSS_

AUSA: _Jeff Kay_ present    ATTNY: FPD: _Wilcox_ (Jerry)

AGENT: _____    VIOL: present

PROCEEDING: _PTD Hearing_    BOND REC: _____

BOND HEARING HELD — (yes)/no    COUNSEL APPOINTED: _____

_____ BOND SET @ _$ 100,000 PSB_

CO-SIGNATURES: _parents._

SPECIAL CONDITIONS:

✓ 1) Do not violate any law.

✓ 2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents. _Mr. H. Pierce_

✓ 4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _10 pm > 5 am_

11) Travel extended to: _SD/FL_

(2) _____ Halfway House

Electronic Monitoring _PTS to pay_

_reside at current address, no illegal drug or excessive alcohol_

Gov't withdraws PTD request at this time.

X - sworn

FILED by _____ D.C.

JUL 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

NEXT COURT APPEARANCE:    DATE: _____    TIME: _____    JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: XXXXX set _7-17-00_    _11:00am_    _Snow_

STATUS CONFERENCE: _____

DATE: _7-12-00_    TIME: ~~9:30am~~ 10:30am    TAPE # 00-_056_ PG # _2_

_100 - 748_
_Recalled_
_00-938_
_1488 - 1498_