UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **00 - 6190 CR - DIMITROULEAS**

21 U.S.C. § 952(a)
21 U.S.C. § 963
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RUDOLPH MCKENZIE | ) |
| | ) |
| | ) |

**INDICTMENT**



The Grand Jury charges that:

## COUNT I

On or about June 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RUDOLPH MCKENZIE,

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance in excess of 500 grams containing a detectable amount of cocaine: in violation of Title 21, United States Code, Sections 952(a) and 963, and Title 18, United States Code, Section 2.

## COUNT II

On or about June 27, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RUDOLPH MCKENZIE

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance in excess of 500 grams containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  RUDOLPH MCKENZIE          No.: _____

                                            MAG. NO.

**Count #:1**
Attempted Importation of  Cocaine

Title 21, United States Code, Sections 952 (a) & 963

*Max. Penalty: Minimum Mandatory 5 Years' up to 40 Years' Imprisonment; and a $2,000,000 fine

**Count #: 2**
Possession with intent to distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Minimum Mandatory 5 Years' up to 40 Years' Imprisonment; and a $2,000,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| <u>RUDOLPH MCKENZIE, JR.</u> | **Superseding Case Information**: |

**Court Division:** (Select One)

       Miami     Key West
 X  FTL     WPB   FTP

New Defendant(s)      Yes ____    No ____
Number of New Defendants   ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) <u>NO</u>
   List language and/or dialect   _____

4. This case will take  <u>3</u>  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)

| I | 0 to 5 days | X | Petty | |
|---|---|---|---|---|
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) <u>NO</u>
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) <u>YES</u>
   If yes:
   Magistrate Case No.  <u>00-4172-BSS</u>
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of <u>7/7/00</u>
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)   <u>NO</u>

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes <u>X</u> No    If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes <u>X</u> No

                               JEFFREY H. KAY
                               ASSISTANT UNITED STATES ATTORNEY
                               Florida Bar No. 0208035

\*Penalty Sheet(s) attached                                       REV.6/27/00