**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RUDOLF McKENZIE (J)    CASE NO: 6190-CR-WPD 00-~~4172-BSS~~

AUSA: JEFFREY KAY / Kaplan    ATTY: FPD Wilcox

AGENT: _____    VIOL: _____

PROCEEDING: ~~PRELIM~~/ARRAIGNMENT    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

*FILED by D.C. JUL 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded

- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-1 | 11 | BSS | |

DATE: 7/17/00   TIME: 11:00   FTL/LSS TAPE # 00- 038   Begin: 75   End: 126

