```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                              0
                                    CASE NO. 00-6197-CR-DIMITROULEAS
    UNITED STATES OF AMERICA

          vs

                                    ARRAIGNMENT INFORMATION SHEET
    RUDOLF McKENZIE
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 17, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
    DEFENDANT:              Address:  CUSTODY
                                     _____

                            Telephone:_____
    DEFENSE COUNSEL:        Name:     FEDERAL PUBLIC DEFENDER
                            Address:_____
                                    _____
                            Telephone:_____
    BOND SET/CONTINUED:     $_____
Bond hearing held: yes_____  no____  Bond hearing set for_____
Dated this  17TH  day of  AUGUST July  ,2000.
                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: Jimmy Butler
                                        Deputy Clerk
                                    Tape No. ✓ 00- 03D

cc: Copy for Judge
    U. S. Attorney
```

