| | | | |
|---|---|---|---|
| DEFT: | Rudolf McKenzie (no deft) | CASE NO: | 00-6190-CR-Dimitrouleas |
| AUSA: | Jeff Kay / Bob Nicholson | ATTNY: | FPD / Darryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
△ - hasn't rec'd yet
No motions pending
no tapes or transcripts
2-3 days trial
△ - requests # add'l
weeks for motions -
△ Granted

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 8-1-00    TIME: 11:00am    TAPE # 00-061    PG # 1
ends 11:10 am    2399 - 2540