UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6190-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

RUDOLF McKENZIE,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 1, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed, that its case will not involve any tapes or transcripts, and that the matter will require two to three days to try.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response but anticipates having it later today. He requested and was granted one additional week within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Jeffrey Kay, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant