UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6190
CASE NO. ~~99-6259~~-Cr-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUDOLPH McKENZIE,

    Defendant.

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, Rudolph McKenzie, through counsel, respectfully moves for a continuance of the trial in this matter, from the currently scheduled trial period beginning August 21, 2000, and in support states as follows:

1.    Defendant was arraigned in this matter on July 17, 2000. This case is currently set for trial during the two week period beginning August 21, 2000. This is the first trial setting in this matter.

2.    Undersigned counsel received the government's discovery response in this case on July 30, 2000, and has reviewed discovery with Mr. McKenzie.

3.    Upon review of the government's discovery order and discussions with Mr. McKenzie, the undersigned believes that the government obtained evidence in violation of Mr. McKenzie's Fourth Amendment right to be free from unreasonable searches and seizures.

4.    Mr. McKenzie respectfully requests more time for counsel to file a written motion to suppress evidence

5. The undersigned proffers that the Court's ruling on the suppression hearing will resolve the case.

6. Jeffrey Kay, the Assistant United States Attorney who is handling this case for the government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, Defendant Rudolph McKenzie, through undersigned counsel, respectfully requests that the trial in this cause be continued until after the Court rules upon the defendant's Motion to Suppress.

> KATHLEEN WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> By: _____
> Daryl E. Wilcox
> Assistant
> Federal Public Defender
> Attorney for Defendant
> Florida Bar No. 838845
> 101 N.E. 3rd Avenue, Suite 202
> Ft. Lauderdale, Florida 33301
> (954) 356-7436
> FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 14th day of August, 2000 to Jeffrey Kay, Assistant United States Attorney at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Daryl E. Wilcox