JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6190
CASE NO. 99-6259-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

         PLAINTIFF,          :

v.          :

RUDOLPH McKENZIE,          :

         DEFENDANT.          :

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves for a continuance of the trial in this matter now scheduled for August 21, 2000 and states as follows:

1. The defendant has filed a Motion for a continuance to which the Government does not object.

2. The Government has still not received from the DEA laboratory the test results of the 96 pellets swallowed by the defendants and the weight. Undersigned counsel has repeatedly called and pressed the agencies for the lab report for discovery to the defense as well as needing the report to supercede the instant indictment due to the <u>Appendi</u> decision by the Supreme Court. Without the weight the Government cannot supercede the Indictment and present this case for trial. The DEA laboratory has advised they are back logged and hope to have the test results available to us as soon as possible.



3. The Indictment in this case was returned on July 13, 2000 and the defendant was arraigned on July 17, 2000 and released on bond. There is no Speedy Trial issue at the present time.

4. Undersigned counsel will be out of the district August 19-21, 2000 in Gainesville, Florida, moving his two college students into their apartments.

5. WHEREFORE, undersigned counsel respectfully requests the Court grant a continuance of this matter.

6. On August 15, 2000, undersigned spoke with Assistant Federal Public Defender Darryl Wilcox who advised he was also seeking a continuance.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. 208035
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _16_ day of August, 2000, to Darryl Wilcox, Assistant Federal Public Defender, 101 N.E. 3rd Ave., Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2