UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,        CASE NO. 99-6259-CR-DIMITROULEAS

   Plaintiff,

vs.

RUDOLPH McKENZIE,

   Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on Defendant, Rudolph McKenzie's August 14, 2000 Unopposed Motion For Continuance of Trial, said motion is DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Daryl E. Wilcox, AFPD

Jeffrey Kay, AUSA

