# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6190-CR-WPD   DATE: 8/18/00

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Rudolf McKenzie

U.S. ATTORNEY: Jeffrey Kay   DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Gvt has filed a motion to continue and deft also has filed a motion to continue.
Court sets M/Suppress for 8/23/00 @ 9:00

JUDGMENT: Motions to continue are granted. Time from today until trial is deemed excludable.

CASE CONTINUED TO: 8/23/00    TIME: 9:00    FOR: M/Suppress
                    8/25/00          9:00         Cal. Call
MISC: 8/28/00                        9:00         trial period

