## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
AUG 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6190-CR-WPD   DATE: August 23, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Rudolf McKinzie

U.S. ATTORNEY: Jeff Kay   DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Deft's Motion to Suppress

RESULT OF HEARING: Deft invokes Rule Re: witness. Gvt presents their case. Gvt rests. Deft's case to begin tomorrow at noon.

JUDGMENT: _____

CASE CONTINUED TO: 8/24   TIME: 12:00   FOR: Day 2
MISC: of Suppression hrg.