**CRIMINAL MINUTES**

FILED by _____ D.C.

AUG 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6190-CR-WPD    DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Rudolf McKenzie

U.S. ATTORNEY: Jeff Kay    DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Continuation of Motion to Suppress

RESULT OF HEARING: Deft's case in chief. Deft Rests. Deft argues motion. Gvt responds. Deft Rebuttal.

Motion to suppress is Denied. Court will enter a written order. Exhibits Returned to Govt.

CASE CONTINUED TO: 9/1/00    TIME: 9:00    FOR: Cal. Call
MISC: 9/5/00    9:00    2 week trial period.