# United States District Court

**Southern** DISTRICT OF **Florida**

FILED by DKTG
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

USA v. Rudolf McKenzie

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6190-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | R. Kay, AUSA | Paul Wilcox, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| m/suppress 8/23/00 | Bob Ryckoff | Trici Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/23 | | | |
| | | | | | W-1 Linda Banks |
| 1 | | | ✓ | ✓ | customs declaration card |
| 1A | | | ✓ | ✓ | copy of computer print-out Report |
| | | | | ✓ | copy of Granville Williams' sequence of events |
| | | | | | W-2 Irene Rishel |
| | | | | | W-3 Joseph Castrenze Jr. |
| 5 | | | ✓ | ✓ | consent form for x-ray search |
| | | | | | W-4 Carol Gladden |
| 2 | | | | ✓ | miranda rights form |
| 4 | | | ✓ | ✓ | sequence of events form |
| 6 | | | ✓ | ✓ | miranda rights form |
| 7 | | | ✓ | ✓ | affidavit of involvement |
| | | 8/25 | | | |
| | | | | | W-5 Sherriff McKenzie |
| | | | | | Exhibits Returned to ONR |

Page 1 of ___ Pages