**CRIMINAL MINUTES**

FILED by /// D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6190-CR-WPD   DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Rudolf McKenzie

U.S. ATTORNEY: Jeffrey Kaplan   DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter guilty plea to Count 1. Gov agrees to dismiss Count 2 (i^) time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 11/17/00   TIME: 1:00   FOR: Sentencing

MISC: Written plea agreement filed

