## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



---

CASE NUMBER: 00-6190-CR-WPD        DATE:   November 17, 2000

COURTROOM CLERK:  Amy Jordan        COURT REPORTER: Anita LaRocca

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   RUDOLF MCKENZIE (B)

U.S. ATTORNEY:  Jeffrey Kay      DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: SENTENCING

RESULT OF HEARING: Defendant sentenced to 60 months Imprisonment followed by 5 years Supervised Release; Fine waived, Defendant must pay $100.00 Special Assessment. Judge recommends defendant serve his time in a Facility near Palm City, Florida

---

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Count 2 Dismissed.

